People v. Ochoa. Appeal from Wayne, Thomas J. Foley, J. Submitted Division 1 September 28, 1971, at Detroit. (Docket No. 11145.) Decided October 29, 1971. Leave to appeal denied, 387 Mich 752.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Larry R. Farmer,* Assistant Defender, for defendant on appeal.

Before: Lesinski, C. J., and J. H. Gillis and V. J. Brennan, JJ.

Memorandum Opinion. Defendant appeals from his conviction upon a plea of guilty to the offense of assault with intent to rob while armed.* He has alleged first that the trial judge failed to ascertain that the guilty plea was understandably made, and secondly, that the trial judge erred in sentencing defendant by considering facts defendant now alleges are not true; the people have

---

* MCLA § 750.89 (Stat Ann 1962 Rev § 28.284).

filed a motion to affirm. GCR 1963, 817.5(3). Upon the record before us, it is manifest that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission.

The motion to affirm is granted.